IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BBK TOBACCO & FOODS, LLP, D.B.A. HBI INTERNATIONAL,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MARK GIANGIULI; EBAY SELLER JILLYCUT aka JILLYCUT'S JUNK; DAWN GIANGIULI,<br>　　　　　　Defendants. | CIVIL ACTION NO. _____<br><br><br>**DEMAND FOR JURY TRIAL** |

### DECLARATION OF KRISTEN RUISI, ESQ.

I, Kristen Ruisi, declare as follows:

1. I am over eighteen (18) years old, and I am competent to attest to this Declaration.

2. I have personal knowledge of the facts in this Declaration.

3. If called to testify, I would testify competently hereto.

4. I am a counsel with the law firm Venable LLP and am one of the attorneys representing Plaintiff BBK Tobacco & Foods, LLP, d.b.a. HBI International ("HBI")[1].

5. I specialize in matters concerning trademark prosecution, enforcement,

---

[1] Terms not defined herein have the meaning(s) given to them in the Complaint [DKT 1].

clearance, and counseling. My practice as an attorney has focused on trademark matters for over a dozen years.

6. I am an attorney in good standing with the New York state bar.

7. I submit this Declaration in support of HBI's Motion for Preliminary Injunction, and Additional Relief ("Motion") to show that Defendants' behavior towards HBI and its counsel during the course of the events leading up to this lawsuit is unusual, threatening, and harassing.

8. I believe unless enjoined, Defendants will continue to attempt to contact me, and other individuals involved in this lawsuit on behalf of HBI, at inappropriate hours (e.g. 2:00 A.M.), through inappropriate channels of communication (e.g. personal cell phone calls and text messages), and in an appropriate manner (e.g. repeatedly making baseless legal threats, and personal threats).

9. As detailed in the supporting Declarations of John Hood and Ian Kobe, Defendants are selling and distributing counterfeit RAW® brand products to unsuspecting consumers using the e-commerce website www.ebay.com ("eBay").

10. To assist with HBI's enforcement efforts against counterfeiters on the eBay platform, I routinely submit takedown complaints through eBay's Verified Rights Owner ("VeRO") program concerning counterfeit RAW® products.

11. The VeRO program allows intellectual property owners to report listings or products to eBay that infringe upon their intellectual property rights. If a

2

listing or product is found by eBay to be infringing, eBay can remove the product listing, among other actions.

12. I have assisted HBI with enforcement efforts on the eBay platform for over a year, and I have assisted other clients with online enforcement efforts on e-commerce platforms for many years.

13. Over the course of my career, in connection with various clients' enforcement efforts, I have submitted hundreds of VeRO program reports on behalf of multiple trademark rights holders.

**Defendants' Misconduct Surrounding November 1, 2019 VeRO Report**

14. On or about November 1, 2019, on behalf of HBI, I submitted a report through the VeRO program concerning counterfeit RAW® product listings being offered by eBay Seller Jillycut.

15. Prior to submitting the report I was aware that HBI had made at least one controlled buy of RAW® products from Defendants via their eBay storefront Jillycut.

16. After submitting the report, eBay removed Defendants' counterfeit RAW product listings.

17. In response to the report, I received an email from jillycut@gmail.com on November 2, 2019. A true and correct copy of the November 2, 2019 email is

3

attached hereto as **Exhibit 1**. I believe Defendants own/operate the email jillycut@gmail.com.

18. As depicted in Exhibit 1, Defendants alleged the HBI was running its business like "a bunch of thugs", among other assertions.

**Defendants' Misconduct Surrounding March 16, 2020 VeRO Report**

19. On or about March 16, 2020, on behalf of HBI, I submitted another report through the VeRO program concerning counterfeit RAW® product listings being offered by eBay Seller Jillycut.

20. Prior to submitting the report I was aware that HBI had made multiple controlled buys of RAW® products from Defendants via their eBay storefront Jillycut.

21. After submitting the report, eBay removed Defendants' counterfeit product listings.

22. In response to the report, I received an email from jillycut@gmail.com on March 16, 2020. A true and correct copy of the March 16, 2020 email is attached hereto as **Exhibit 2.**

23. As depicted in Exhibit 2, Defendants referred to me as an "asshole". They also alleged that they could provide "the invoice" from their supplier concerning the products listed on eBay.

4

24. In response to Defendants' email in Exhibit 2, I emailed Defendants on March 18, 2020, requesting that they provide copies of the referenced invoices. A true and correct copy of the March 18, 2020 email I sent to Defendants is attached hereto as **Exhibit 3.**

25. In response to my request for product invoices as depicted in Exhibit 3, I received an additional email from jillycut@gmail.com on March 18, 2020. A true and correct copy of the email I received from Defendants on March 18, 2020 is attached hereto as **Exhibit 4**.

26. As depicted in Exhibit 4, Defendants threatened to launch a lawsuit "for taking my listings down." Additionally, among other claims, Defendants also alleged "now you're going to pay." Defendants did not attach or send any invoices to me relating to the counterfeit items remove from eBay.

27. On March 24, 2020, I received another email from jillycut@gmail.com. A true and correct copy of the email I received from Defendants on March 24, 2020 is attached hereto as **Exhibit 5**.

28. As depicted in Exhibit 5, Defendants asserted they left a message on my phone, and claim that submitting a complaint via the VeRO program "is a violation of federal law." Defendants also stated "[t]he only way you're going to see receipts is when we're standing in front of a judge together since the way you work is backwards."

5

29. Defendants also alleged that they had engaged an attorney concerning the matter stating "[m]y lawyer has informed me this is a slam dunk case as you have no recourse for what you did is completely illegal."

30. That same day, March 24, 2020, Defendants sent an email to a general firm email at Venable LLP. A true and correct copy of the email Venable LLP received from Defendants on March 24, 2020 is attached hereto as **Exhibit 6**.

31. As depicted in Exhibit 6, Defendants stated "[o]ne of your employees are about to get sued for violation of federal law." Defendants then identify me by name in the email stating "Kristen Ruisi is the employee."

**Defendants' Misconduct Surrounding July 9, 2020 VeRO Report**

32. On or about July 9, 2020, on behalf of HBI, I submitted another report through the VeRO program concerning counterfeit RAW® product listings being offered by eBay Seller Jillycut.

33. Prior to submitting this report, I was aware of additional Controlled Buys of RAW® counterfeit products that were purchased from Defendants' eBay storefront, Jillycut.

34. After submitting the complaint, eBay removed Defendants' counterfeit product listings.

6

***Defendants' Harassing Emails and Phone Calls on July 14, 2020***

35. In response to the report, I received a voicemail message from telephone number 404.933.3309 on July 14, 2020 at 2:25AM. A true and correct copy of the July 14, 2020 at 2:25AM voicemail is included as a file on a flash drive labeled **Exhibit 7** which will be physically provided to the Court.

36. As depicted in Exhibit 7, the individual identified himself as Mark Giangiuli and described the removal of eBay Seller jillycut's RAW® listings as "bullshit". He again threatened to sue me.

37. That same day at 2:25 A.M. I received an email from jillycut@gmail.com. A true and correct copy of the July 14, 2020 2:25AM email is attached hereto as **Exhibit 8**.

38. As depicted in Exhibit 8, the email subject line was "asshole", and the first sentence of the email directed to me stated "[y]ou are a real piece of shit." Defendants again threatened to sue me.

39. That same day minutes later at 2:37 A.M. I received another email from jillycut@gmail.com. A true and correct copy of the July 14, 2020 2:37 A.M. email is attached hereto as **Exhibit 9**.

40. As depicted in Exhibit 9, Defendants asserted "[t]he only way to fix this is to sue your ass" and that they "shouldn't even have to waste my time digging up

7

receipts in the first place." Defendants also stated "fuck you Kristen. I hope to see you in court soon."

41. On July 14, 2020 at 6:03 A.M. I received another email from Defendants at jillycut@gmail.com. A true and correct copy of the July 14, 2020 6:03 A.M. email is attached hereto as **Exhibit 10**.

42. As depicted in Exhibit 10, among other statements, Defendants stated "I have a feeling that in order for this to stop happening I'm gonna have to file a suit. I sell a ton of items made by HBI and you don't bother me about any of those. Only raw. Hopefully I can get a rational person to talk to."

43. In response, I emailed Defendants at 11:15 A.M. again asking them to provide us with copies of the receipts/invoices. A true and correct copy of my July 14, 2020 11:15 A.M. email to the Defendants is attached hereto as **Exhibit 11**.

44. In response, I received an email at 12:32 P.M. from Defendants. A true and correct copy of the July 14, 2020 12:32 P.M. email is attached hereto as **Exhibit 12**. Among other things, Defendants threatened to sue me, and stated "I'm sure the New York state bar will enjoy hearing about this."

45. I also received three calls from phone number 404.933.3309 between 12:07 P.M. and 12:32 P.M. on July 14, 2020. As part of those calls, the caller left voicemail messages on my office voicemail at 12:08 P.M., 12:33 P.M. and 12:32 P.M. True and correct copies of those voicemail messages received on July 14, 2020

8

at 12:08, 12:33 P.M. and 12:32 P.M. are contained within **Exhibit 7**, and incorporated hereto. As I received a voicemail message earlier in the day from Defendants via the 404.933.3309 telephone number, the number is associated the Defendants.

46. During the 12:08 P.M. voicemail contained within Exhibit 7, Mr. Gianguili stated "[o]f course you're not available because you screwed up, I guess you will be available when you get subpoenaed to court bitch."

47. During the 12:32 P.M. voicemail contained within Exhibit 7, Mr. Gianguili asserts, among other things, "[s]o I guess I'll be suing you and HBI so this doesn't happen anymore. The way you're doing this is backwards. But don't worry I'm gonna make you pay for it. I'm sure the New York state bar will enjoy hearing about this. Cutting corners is going to cost you your career."

48. At 12:34 P.M. I then received a call from 404.933.3309 on my personal cell phone. In connection with the call Defendants left a voicemail. A true and correct copy of the voicemail message left on my personal cell phone on July 14, 2020 at 12:34 P.M. is contained within **Exhibit 7**. During the voicemail Defendants stated "[c]onveniently never available we'll see if you're available when you get your ass subpoenaed into court."

9

49. At 1:06 P.M. that same day I received another email from jillycut@gmail.com. A true and correct copy of the July 14, 2020 1:06 P.M. email I received is attached hereto as **Exhibit 13**.

50. As depicted in Exhibit 13, Defendants stated, among other things, "I'm still waiting on those three apologies. And I need to speak to your supervisor." Defendant also stated "[y]ou have made this personal now. Maybe if you have to pay a huge fine you'll be less likely to take down my listing without asking first." Defendant ended the email by stating "[s]o this is the point of personal harassment. Maybe I'll just visit your New York office."

51. At 1:29 P.M. I then received voice mail from phone number 678.697.2947 on my office phone. A true and correct copy of the July 14, 2020 1:29 P.M. voicemail is contained within Exhibit 7.

52. During the 1:29 P.M. voicemail, the speaker identified herself as Dawn Giangiuli "from Jillycut's Junk", and referenced needing to call an attorney to get the problem corrected.

53. Upon information and believe Dawn Giangiuli is married to Mark Giangiuli and they run the eBay Seller account Jillycut.

54. At 1:42 P.M. I then received a missed call on my office phone from telephone number 404.933.3309.

10

55. At 1:43 P.M. I received a missed call and voicemail on my personal cell phone from number 678.697.2947. A true and correct copy of the July 14, 2020 1:43 P.M. voicemail is contained within Exhibit 7. The speaker identified herself as Dawn Giangiuli, and again referenced obtaining an attorney.

56. Between 1:42 P.M. and 1:45 P.M. I received 3 missed calls on my personal cell phone from Defendants. A true and correct copy of a screenshot taken from my cell phone depicting the missing calls is below



57. Between 1:43 P.M. and 1:44 P.M. I received 5 missed calls from Defendants at number 404.933.3309 on my office phone. A true and correct copy of a screenshot taken from my office phone line depicting the missing calls is below.



58. At 4:02 P.M. I then received an email from jillycut@gmail.com. A true and correct copy of the July 14, 2020 4:02 P.M. email I received is attached hereto as **Exhibit 14**.

59. As depicted in Exhibit 14, the email stated "I'm waiting on a reply."

12

60. At 8:48 P.M. I then received a text message on my personal cell phone from number 404.933.3309. A true and correct screenshot of the text message I received is attached hereto as **Exhibit 15**, and is depicted below.





***Defendants' Harassing Emails and Phone Calls on July 15, 2020***

61. On July 15, 2020 I received an email from jillycut@gmail.com at 12:36 A.M. A true and correct copy of the July 15, 2020 12:36 A.M. email I received is attached hereto as **Exhibit 16**.

13

62. As depicted in Exhibit 16, Defendants stated, among other things, "[g]oing to be fun watching you eat crow and paying damages . . . Have already contacted hbi directly. I specifically let them know to thank you for the lawsuit. Will be contacting The ny state bar to see if they may be interested in your actions."

63. At 9:40 A.M. I then received another email from jillycut@gmail.com. A true and correct copy of the July 15, 2020 9:40 A.M. email I received is attached hereto as **Exhibit 17**. The email depicted in Exhibit 17 contains similar verbiage to those that I have received previously from the Defendants.

64. At 3:43 P.M. I then received a voicemail on my personal cell phone from the Defendants. A true and correct copy of the voicemail recording is contained within **Exhibit 7**. The voicemail again contained threats of personal litigation.

65. At 4:21 P.M. I received another email from jillycut@gmail.com. A true and correct copy of the July 15, 2020 4:21 P.M. email I received is attached hereto as **Exhibit 18**. The email stated among other things, "I'm about to make an example out of you."

66. At 4:24 P.M. I received a voicemail message on my office phone from the Defendants. A true and correct copy of the voicemail recording is contained within **Exhibit 7**. Again, it contained more litigation threats.

14

67.     At 4:40 P.M. I received another email from jillycut@gmail.com. A true and correct copy of the July 15, 2020 4:40 P.M. email I received is attached hereto as **Exhibit 19**.

68.     As depicted in Exhibit 19, Defendants stated, among other things, that they contacted Venable's office supervisor, and HBI's legal department.

69.     Upon information and belief, at 5:00 P.M. Defendants contacted and left a voicemail with HBI. A true and correct copy of the voicemail message is contained within Exhibit 7.

70.     Again Defendants threaten litigation against HBI, and asserts that Defendants have "called a lawyer and there is action going down . . ." Within the voicemail Defendants identify me by name. Defendants then state ". . . I am sick of this I am going to make an example out of her and your company."

### *Defendants' Harassing Email on July 16, 2020*

71.     At 12:15 P.M. on July 16, 2020 Defendants emailed the address HBIcounterfeits@venable.com. I am one of the email recipients for the email address HBIcounterfeits@venable.com. A true and correct copy of the July 16, 2020 12:15 P.M. email I received is attached hereto as **Exhibit 20**.

### **Defendants' Conduct Is Abnormal and Threatening**

72.     Over the course of my career as an intellectual property attorney I have participated in a number of contentious matters on behalf of clients and have never

15

received emails, phone calls, or voicemail messages in a manner similar to those Defendants have sent me as described above.

73.  Submitting complaints via the eBay VeRO program is a common tool used by trademark rights holders in order to prevent infringing and counterfeit items from being sold on the eBay platform.

74.  Defendants' threats, multiple emails, phone calls, and messages are not typical in response to an eBay VeRO complaint in my experience.

75.  In addition to attempts to contact me outside the scope of normal business hours multiple times, Defendants' communications have been hostile, threatening, and unproductive concerning the matter at hand.

76.  Despite alleging that Defendants have provided receipts, the only material that Defendants have provided to me is three images showing items in online shopping carts. The images do not show a transaction actually occurring, the images do not show any payments being made, or exchange of funds to complete a transaction, and the images do not show exactly when the purported transaction(s) are occurring.

77.  In my experience the images provided by Defendants are not receipts or invoices that businesses typically receive upon purchasing items for resale.

78.  The above and attached communications are the only communications that I have had with the Defendants to date.

I declare under penalty of perjury that the foregoing is true and correct.


Date: __8/13/2020__, 2020

New York, NY

DocuSigned by:

*kristen Ruisi*

D04C4CAE52F742E...

KRISTEN RUISI


20499975-2

17