# EXHIBIT 1

# Ruisi, Kristen S.

| | |
|---|---|
| **From:** | jillycut . <jillycut@gmail.com> |
| **Sent:** | Saturday, November 2, 2019 1:39 AM |
| **To:** | Ruisi, Kristen S. |
| **Subject:** | Counterfeit? |

I've been selling the same stuff for 20 years and got no complaints on authenticity and have documentation to back it up. I'm not sure what gives you the idea that I'm selling counterfeit papers but I have zero complaints. Nobody took the time to just ask the question they, will just take down the listing on a hunch. frankly I don't care if I sell your papers or not that's just less money for you. You just lost the 20-year wholesale customer. if the situation could have been handled a little bit differently you may have retained my business. when you want to run your business like a bunch of thugs you're going to get treated like that. I don't care if the listings re-instated or not but you're wrong. you think if I was selling counterfeit papers I might have some complaints but I don't have any.