# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BBK TOBACCO & FOODS LLP,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.** |
| ) | |
| v. ) | **1:21-CV-00666-ELR** |
| ) | |
| **EBAY SELLER JILLYCUT, MARK** ) | |
| **GIANGIULI, AND DAWN** ) | |
| **GIANGIULI,** ) | |
| ) | |
| **Defendants.** ) | |

## ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COME NOW Defendants Ebay Seller Jillycut, Mark Giangiuli and Dawn Giangiuli ("Defendants") and, pursuant to Rules 8(c) and 12(a) of the Federal Rules of Civil Procedure, file this Answer and Affirmative Defenses to Plaintiff's Complaint showing the Court as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

1

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by laches.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by failure to join necessary parties.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff cannot show that it has no adequate remedy at law.

## FIFTH AFFIRMATIVE DEFENSE

Defendants hereby reserve the right to seek leave to amend this Answer, to add additional affirmative defenses, or to withdraw affirmative defenses as deemed warranted after reasonable opportunity for appropriate discovery.

## SIXTH AFFIRMATIVE DEFENSE

Without waiving the foregoing, the Defendants respond to the numbered and unnumbered allegations of Plaintiff's Complaint as follows:

## NATURE OF THE ACTION

1. Denied.

2. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Admit.

4. Denied.

5. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

## THE PARTIES

11. Admit.

12. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Admit.

14. Denied.

15. Admit.

16. Admit.

17. Denied.

18. Denied.

19. Admit that Dawn Giangiuli is a Georgia citizen residing in McDonough, Georgia. Denied that Ms. Giangiuli owns or operates Jillycut.

20. Denied.

21. Denied.

22. Denied.

## JURISDICTION AND VENUE

23. Admit that the Northern District of Georgia has subject matter jurisdiction over this lawsuit. The balance of Paragraph 23 of the Complaint is denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

## **FACTS COMMON TO ALL CLAIMS**

28. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 29 of Plaintiff's Complaint.

30. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31. Admit.

32. Admit.

33. Admit.

34. Admit.

35. Admit.

36. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 36 of Plaintiff's Complaint.

37. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 42 of Plaintiff's Complaint.

43. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 43 of Plaintiff's Complaint.

### RAW® Trademarks

44. Admit.

45. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 46 of Plaintiff's Complaint.

47. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 47 of Plaintiff's Complaint.

48. Admit.

49. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51. Admit.

52. Admit.

53. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 53 of Plaintiff's Complaint.

54. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 54 of Plaintiff's Complaint.

55. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 56 of Plaintiff's Complaint.

### RAW® Copyrights

57. Admit.

58. Admit.

59. Admit.

60. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 60 of Plaintiff's Complaint.

61. Admit.

## Allegations of Defendants' Willful Counterfeiting and Infringement of RAW® Rolling Papers

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 66 of Plaintiff's Complaint.

67. Denied.

68. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 68 of Plaintiff's Complaint.

69. Admit.

70. Denied.

71. Denied.

### HBI's Investigation

72. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 72 of Plaintiff's Complaint.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 77 of Plaintiff's Complaint.

78. Denied.

79. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 79 of Plaintiff's Complaint.

80. Denied.

81. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 81 of Plaintiff's Complaint.

82. Denied.

83. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 83 of Plaintiff's Complaint.

84. Denied.

### **Allegations of Intentional and Willful Counterfeiting**

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

## Allegations of Damages

112. Denied.

113. Denied.

114. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 114 of Plaintiff's Complaint.

115. Denied.

116. Denied.

## FIRST CLAIM FOR RELIEF

117. Defendants incorporate here their responses to the prior 116 paragraphs as though fully set forth here.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

## SECOND CLAIM FOR RELIEF

124. Defendants incorporate here their responses to the prior 123 paragraphs as though fully set forth here.

125. Denied.

126. Denied.

127. Denied.

128. Denied.

129. Denied.

130. Denied.

131. Denied.

## THIRD CLAIM FOR RELIEF

132. Defendants incorporate here their responses to the prior 131 paragraphs as though fully set forth here.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

## FOURTH CLAIM FOR RELIEF

139. Defendants incorporate here their responses to the prior 138 paragraphs as though fully set forth here.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

145. Denied.

146. Denied.

## FIFTH CLAIM FOR RELIEF

147. Defendants incorporate here their responses to the prior 146 paragraphs as though fully set forth here.

148. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 148 of Plaintiff's Complaint.

149. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 149 of Plaintiff's Complaint.

150. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 150 of Plaintiff's Complaint.

151. Denied.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

WHEREFORE, having fully answered the allegations in Plaintiff's Complaint, Defendants respectfully request:

(1) that the Court enter an Order dismissing the Complaint in its entirety, with prejudice;

(2) that judgment be entered for the Defendants; and

(3) that the Court award Defendants any other such relief as this Court deems just and proper.

Respectfully submitted, this 15th day of March, 2021.

**SMITH, WELCH, WEBB & WHITE, LLC**

**/s/ Orion G. Webb**
Orion G. Webb
Georgia State Bar No. 479611
*Attorney for Defendants*

280 Country Club Drive, Suite 300
Stockbridge, Georgia 30281
(770) 389-4864 (phone)
(770) 389-5193 (fax)
owebb@smithwelchlaw.com (e-mail)

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to Local Rules, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

This 15th day of March, 2021.

>Respectfully submitted,
>**/s/ Orion G. Webb**
>Orion G. Webb
>Georgia State Bar No. 479611
>*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed this **ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record in this matter.

This 15th day of March, 2021.

>Respectfully submitted,
>**/s/ Orion G. Webb**
>Orion G. Webb
>Georgia State Bar No. 479611
>*Attorney for Defendants*